DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WENDAL MAURICE BAKER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2340

[October 10, 2019]

Appeal from order denying rule 3.800(a) motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 562010CF834A.

Wendal Maurice Baker, Blountstown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***